IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LESLIE ERIC ACKERMAN,<br><br>Defendant. | CR-04-108-GF-BMM<br><br><br><br>ORDER |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on September 16, 2020. (Doc. 87.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted a revocation hearing on September 15, 2020. (Doc. 84.) The United States accused Ackerman of violating his conditions of supervised release 1) by failing to report to his probation officer as directed; 2) by using methamphetamine and marijuana; and 3) by consuming alcohol.  (Doc. 82).

At the revocation hearing, Ackerman admitted that he had violated the conditions of his supervised release 1) by failing to report to his probation officer as directed; 2) by using methamphetamine and marijuana; and 3) by consuming alcohol.  (Doc. 84.)  Judge Johnston found that the violations Ackerman admitted proved to be serious and warranted revocation, and recommended that Ackerman receive a custodial sentence of 24 months with no supervised release to follow. Judge Johnston also recommended Ackerman serve his term of custody at the Federal Medical Center in Rochester, Minnesota, or at a similar facility.  Ackerman was advised of the 14 day objection period and his right to allocute before the undersigned and waived those rights. (Doc. 84.)

The violations prove serious and warrant revocation of Ackerman's supervised release. The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 87) are **ADOPTED IN FULL.**

**IT IS FURTHER ORDERED** that Defendant Leslie Eric Ackerman be sentenced to 24 months with no supervised release to follow. Ackerman should serve his term of custody at the Federal Medical Facility Center in Rochester, Minnesota, or at a similar facility

DATED this 16th day of September, 2020.

_____
Brian Morris, Chief District Judge
United States District Court

Case 4:04-cr-00108-BMM Document 88 Filed 09/16/20 Page 4 of 4